# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN APPLEGATE,<br><br>    Plaintiff,<br><br>v.<br><br>KAMBREA SMITH, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00972-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NO. 18) |

On July 5, 2017, Plaintiff filed a notice stating that he voluntarily dismissed this action with prejudice. (ECF No. 18). In light of the dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is DIRECTED to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

    Dated:   **July 6, 2017**                          /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

1